UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT THORNTON, JULIA THORNTON
and JACKIE COSTA,

                                        Plaintiff,

- against -

NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

                                        Defendant.

**NOTICE OF APPEARANCE**

05 Civ. 5715
(LDW) (ARL)

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

        Enter my appearance as counsel in this case for defendants New York Islanders Hockey Club, L.P.   I certify that I am admitted to practice in the Eastern District of New York.

Dated:  February 21, 2006
        Garden City, New York

**NIXON PEABODY LLP**

By:    /s/
        _____
        Tara Eyer Daub, Esq. (TE-7943)

990 Stewart Avenue
Garden City, New York 11530
(516) 832-7500
tdaub@nixonpeabody.com

*Attorneys for Defendant*

G289277.1