

# NIXON PEABODY LLP
### ATTORNEYS AT LAW

990 Stewart Avenue
Garden City, New York 11530-4838
(516) 832-7500
Fax: (516) 832-7555
Direct Dial: (516) 832-7613
E-Mail: tdaub@nixonpeabody.com

February 9, 2006

**VIA FEDERAL EXPRESS**

Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4449

    RE:    <u>Thornton et al. v. New York Islanders Hockey Club, LP</u>
               05 CV 5715 (EDNY) (LDW) (ARL)

Dear Judge Wexler:

    This firm represents Defendant New York Islanders Hockey Club, LP, with regard to the above-referenced matter.

    Enclosed please find two copies of a Stipulation Extending Time to Answer, Move or Otherwise Respond to Complaint. If the stipulation meets with your approval, I ask that you kindly "so order" one copy and return it in the enclosed, self-addressed and stamped envelope.

    Thank you for your consideration in this matter.

                                                          Very truly yours,

                                                          Tara Eyer Daub

Enclosure
cc:    E. Christopher Murray, Esq.
        Attorney for Plaintiffs

G288748.1

ALBANY, NY · BOSTON, MA · BUFFALO, NY · GARDEN CITY, NY · HARTFORD, CT · LOS ANGELES, CA · MANCHESTER, NH · McLEAN, VA
NEW YORK, NY · ORANGE COUNTY, CA · PHILADELPHIA, PA · PROVIDENCE, RI · ROCHESTER, NY · SAN FRANCISCO, CA · WASHINGTON, DC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT THORNTON, JULIA THORNTON and JACKIE COSTA,<br><br>　　　　　　　　　　　　　　　Plaintiffs,<br><br>　　- against -<br><br>NEW YORK ISLANDERS HOCKEY CLUB, L.P.,<br><br>　　　　　　　　　　　　　　　Defendant. | STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT<br><br>05 CV 5715<br>(LDW) (ARL) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties to the above-captioned action that the time for defendants to answer, move or otherwise respond to the Complaint is hereby extended to and including March 6, 2006.

Dated: February 6, 2006

**REISMAN, PEIREZ**
**& REISMAN, LLP**

By: _/s/ P. [signature]_
　　E. Christopher Murray (EM-8980)

1305 Franklin Avenue
Garden City, New York 11530
(516) 746-7799

Attorneys for Plaintiffs

**NIXON PEABODY LLP**

By: _[signature]_
　　Tara Eyer Daub (TE-7943)

990 Stewart Avenue
Garden City, New York 11530
(516) 832-7500

Attorneys for Defendant

SO ORDERED:

_____
Hon. Leonard D. Wexler, U.S.D.J.

G288519.1