UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT THORNTON, JULIA THORNTON
and JACKIE COSTA,

                        Plaintiffs,

- against -

NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

                        Defendant.

**NOTICE OF APPEARANCE**

05 Civ. 5715
(LDW) (ARL)

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

      Enter my appearance as counsel in this case for defendants New York Islanders Hockey Club, L.P.   I certify that I am admitted to practice in the Eastern District of New York.

Dated:  March 6, 2006
        Garden City, New York

**NIXON PEABODY LLP**

By: _____/s/_____
     Daniel A. Rizzi (DR-7153)

990 Stewart Avenue
Garden City, New York 11530
(516) 832-7500
drizzi@nixonpeabody.com

*Attorneys for Defendant*
*New York Islanders Hockey Club, L.P.*

G289277.1