DANIEL A. RIZZI, ESQ. (DR-7153)
TARA EYER DAUB, ESQ. (TE-7943)
NIXON PEABODY LLP
990 STEWART AVENUE
GARDEN CITY, NEW YORK 11350
(516) 832-7594
ATTORNEYS FOR NEW YORK ISLANDERS HOCKEY CLUB, L.P.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT THORNTON, JULIA THORNTON
and JACKIE COSTA,

                                    Plaintiffs,      05 Civ. 5715

- against -                                   (LDW) (ARL)

NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

                                    Defendant.

## DEFENDANT'S DISCLOSURE STATEMENT
## PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant New York Islanders Hockey Club, L.P., by its undersigned counsel Nixon Peabody LLP, affirms that it has no parent corporation and that no publicly-held corporation owns 10 percent or more of its stock.

Dated: March 6, 2006
       Garden City, New York

                                    **NIXON PEABODY LLP**

                                    /s/
                            By: _____
                              Daniel A. Rizzi (DR-7153)

                            990 Stewart Avenue
                            Garden City, New York 11530
                            (516) 832-7500

                            *Attorneys for Defendant*
                            *New York Islanders Hockey Club, L.P.*

G289726.1

Dockets.Justia.com