## CERTIFICATE OF SERVICE

This is to certify that on March 8, 2006 (in addition to Electronic Case Filing ("ECF") filing and service on March 6, 2006), I caused a copy of Defendant New York Islander Hockey Club L.P.'s Answer with Affirmative Defenses, in the matter captioned as <u>Robert Thornton, Julia Thornton and Jackie Costa vs. New York Islanders Hockey Club, L.P.</u>, Case No. 05 Civ. 5715 (EDNY)(LDW/ARL), to be served by first class mail on counsel for plaintiff as follows:

> Christopher E. Murray, Esq.
> Reisman, Peirez & Rsiesman, L.L.P.
> 1305 Franklin Avenue
> Garden City, NY 11530

/s/
_____
Tara Eyer Daub (TE 7943)

Dated: March 9, 2006

G290242.1