UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Thornton et al.,

                                Plaintiff(s),

                  -against-

New York Islanders Hockey Club, L.P.,

                              Defendant(s).
----------------------------------------------------------------X

**PROPOSED SCHEDULING ORDER**

CV 05-5715 (LDW) (ARL)

**LINDSAY, Magistrate Judge:**

       The following pretrial schedule is adopted:

**July 13, 2006:**  Motions for joinder of additional parties to be completed.

**July 13, 2006:**  Motion for amendment of pleadings completed.

**October 5, 2006:**  All discovery, inclusive of expert discovery, to be concluded. The parties are advised that pursuant to Judge Wexler's directions, this case must be marked ready for trial no later than 12 months from the date of filing. Any party seeking to extend the discovery schedule is hereby advised that such extensions will be strictly limited to accommodate complex matters and exigent circumstances of counsel.

**October 19, 2006 :**  Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion. Parties are directed to consult the district judge's individual rules regarding such motion practice.

**November 2, 2006 :**  Final conference before the undersigned at 11:00 AM. Parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, prior to the conference.

                         Meaningful settlement discussions will occur at the conference. Clients or other persons with full settlement authority must be available by telephone.

       This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D). All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York                 **SO ORDERED:**

                                                                                _____
                                                                                ARLENE ROSARIO LINDSAY
                                                                                United States Magistrate Judge