## NOTICE TO ALL ATTORNEYS IN CASES ASSIGNED TO
## MAGISTRATE JUDGE ARLENE R. LINDSAY

On June 22, 2004, the Board of Judges of the Eastern District of New York issued an Administrative Order requiring that "Beginning on August 2, 2004, electronic case filing will be mandatory for all civil cases other than pro se cases and for all criminal cases." A copy of that order is available on the District's web page at www.nyed.uscourts.gov. Accordingly, the following rules apply in all cases assigned to Magistrate Judge Lindsay as of August 2, 2004:

**1. ALL ORDERS, INCLUDING INITIAL CONFERENCE AND SCHEDULING ORDERS, WILL BE TRANSMITTED ELECTRONICALLY. ACCORDINGLY, NO PARTY WILL BE RELIEVED OF THE OBLIGATION TO APPEAR AT A SCHEDULED CONFERENCE OR COMPLY WITH DEADLINES SET BY THE COURT, DUE TO FAILURE TO REGISTER.**

2. **Failure to comply with the ECF requirements will result in the rejection of papers that are not electronically filed.** All attorneys shall submit the attached ECF registration form to the Clerk's Office.

3. **DO NOT MAIL COURTESY COPIES OF PAPERS.** Courtesy copies will be rejected. As an exception to this rule, parties may file hard copies of non-text exhibits or materials. Parties filing documents with exhibits in excess of ten pages shall only file hard copies of such exhibits or materials.

4. Attorneys are reminded that all requests for adjournments or extensions of time must be made in writing at least 48 hours prior to the scheduled appearance or deadline. Although this rule was already in effect, attorneys are on notice that the rule will now be strictly enforced because notification of an electronic filing is not received by chambers until the following business day. Accordingly, untimely requests will not be considered.

5. Attorneys will receive decisions and notifications from the court electronically. Accordingly, attorneys are responsible for keeping their e-mail addresses current with the Clerk's Office.

Please go to the www.nyed.uscourts.gov for additional information about electronic case filing and training, or contact Cinthia Mahon in Central Islip at (631) 712-6011 or Terry Vaughn in Brooklyn at (718) 260-2330.