

# NIXON PEABODY LLP
## ATTORNEYS AT LAW

990 Stewart Avenue
Garden City, New York 11530-4838
(516) 832-7500
Fax: (516) 832-7555
Direct Dial:  (516) 832-7613
E-Mail:  tdaub@nixonpeabody.com

April 10, 2006

**VIA ELECTRONIC FILING**

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

        **RE:**    **Thornton et al. v. New York Islanders Hockey Club, LP**
                **05 CV 5715 (EDNY) (LDW) (ARL)**

Dear Magistrate Judge Lindsay:

      This firm represents defendant New York Islanders Hockey Club, LP, in the above-referenced matter.

      In accordance with the Court's March 23, 2006 Initial Conference Order, please be advised that we have consulted with E. Christopher Murray, Esq., counsel for the Plaintiffs, and the dates set forth in the Court's proposed Scheduling Order are acceptable to the parties. Accordingly, the parties respectfully request that the initial conference scheduled for **April 12, 2006 at 2:00 p.m.** be cancelled the proposed Scheduling Order be entered in this case.

      Thank you for your consideration and should you have any questions or require any additional information, please do not hesitate to contact me.

                                                  Respectfully submitted,

                                                          /s/

                                                  Tara Eyer Daub

cc:     E. Christopher Murray, Esq. (via ECF and electronic mail)

G291712.1