UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT THORNTON, JULIA THORNTON
and JACKIE COSTA,

                  Plaintiffs,

- against -

NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

                  Defendant.

**NOTICE OF CHANGE OF ADDRESS**

05 Civ. 5715
(LDW) (ARL)

    Please take notice that effective August 25, 2006, the Long Island office of Nixon Peabody LLP, currently located at 990 Stewart Avenue, Garden City, New York, 11530, will be relocated to the following address:

**Nixon Peabody LLP**
**50 Jericho Quadrangle, Suite 300**
**Jericho, New York 11753-2728**

    Please update your records accordingly, and direct the service of all papers, pleadings and correspondence to the new law office address. Note, telephone and facsimile numbers remain unchanged.

Dated: August 18, 2006
         Garden City, New York

                                      Respectfully submitted,

                                      **NIXON PEABODY LLP**

                                      By: _____
                                              Tara Eyer Daub

                                      *Attorneys for Defendants*
                                      50 Jericho Quadrangle, Suite 300
                                      Jericho, New York 11753-2728

TO:    E. Christopher Murray, Esq.
         Reisman, Peirez & Reisman, LLP
         1305 Franklin Avenue
         Garden City, NY 11530

G297944.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT THORNTON, JULIA THORNTON
and JACKIE COSTA,

                                     Plaintiffs,

- against -

NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

                                       Defendant.

**AFFIDAVIT OF SERVICE**

05 Civ. 5715
(LDW) (ARL)

STATE OF NEW YORK    )
                              ) SS.:
COUNTY OF NASSAU    )

        **JOSEPH ANTHONY RAMOS,** being duly sworn, deposes and says:

        That deponent is not a party to the action, is over 18 years of age and resides in the County of Queens, New York.

        That on August 18, 2006, I served copies of **Notice of Change of Address** in the above-captioned matter on the party named below at the address shown, by depositing a true copy of same, properly enclosed in a postpaid envelope, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York:

                E. Christopher Murray, Esq.
                Reisman, Peirez & Reisman, LLP
                1305 Franklin Avenue
                Garden City, NY 11530

                                              _____
                                              Joseph Anthony Ramos

Sworn to before me this
_18_ day of August, 2006

_Nancy Stursberg_
Notary Public

NANCY STURSBERG
Notary Public, State of New York
No: 01ST5063709
Qualified in Suffolk County
Commission Expires July 29, 20 _10_

G297944.1