

50 Jericho Quadrangle
Suite 300
Jericho, NY 11753-2728
(516) 832-7500
Fax: (516) 832-7555
Direct Dial: (516) 832-7613

September 15, 2006

**VIA ELECTRONIC FILING**

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

      **RE:**    **Thornton et al. v. New York Islanders Hockey Club, LP**
             **05 CV 5715 (EDNY) (LDW) (ARL)**

Dear Magistrate Judge Lindsay:

     Pursuant to your Individual Practice Rules, undersigned counsel for the parties in the above-referenced matter hereby jointly request a 60-day extension of the October 5, 2006 discovery cutoff date set forth in the Court's April 10, 2006 Scheduling Order. This is the first such request in this matter.

     The parties have made substantial progress but need the additional time to complete discovery, particularly the depositions of a number of party and non-party witnesses. The parties are finalizing the arrangements for those depositions and fully expect to be able to complete them by December 5, 2006, the requested extended discovery date.

     We have submitted for your consideration a proposed Amended Scheduling Order which includes the December 5, 2006 date, and adjusts the other deadlines accordingly.

     The parties thank you for your consideration. Please contact the undersigned at your convenience if you have any questions or require any additional information.

G299598.2

The Honorable Arlene R. Lindsay
September 15, 2006
Page 2

Respectfully submitted,

NIXON PEABODY LLP

By:_____/s/_____
        Tara Eyer Daub (TE-7943)

50 Jericho Quadrangle, Suite 300
Jericho, New York  11753-2728
(516) 832-7500
Attorneys for Defendant
New York Islanders Hockey Club, L.P.

REISMAN, PEIREZ & REISMAN, LLP

By: _____
        E. Christopher Murray (CM-8980)

1305 Franklin Avenue
P. O. Box 119
Garden City, New York  11530
(516) 746-7799
Attorneys for Plaintiffs

G299598.2