The Honorable Arlene R. Lindsay
September 15, 2006
Page 2

Respectfully submitted,

NIXON PEABODY LLP

By:_____
Tara Eyer Daub, Esq. (TE-7943)

50 Jericho Quadrangle, Suite 300
Jericho, New York 11753-2728
(516) 832-7500
Attorneys for Defendant
New York Islanders Hockey Club, L.P.

REISMAN, PEIREZ & REISMAN, LLP

By: _____
E. Christopher Murray (CM-8980)

1305 Franklin Avenue
P. O. Box 119
Garden City, New York 11530
(516) 746-7799
Attorneys for Plaintiffs

G299598.2