UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT THORNTON, JULIA THORNTON
and JACKIE COSTA,

                                         Plaintiffs,      AMENDED
                                                            SCHEDULING ORDER

               - against -

                                                             CV 05-5715 (LDW) (ARL)

NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

                                           Defendant.

**LINDSAY, Magistrate Judge:**

       The following amended pretrial schedule is adopted:

**December 5, 2006**: All discovery, inclusive of expert discovery, to be concluded.

**December 19, 2006**: Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion. Parties are directed to consult the district judge's individual rules regarding such motion practice.

**March 19, 2007**: Final conference before the undersigned at 11:00 A.M. Parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, prior to the conference.

                     Meaningful settlement discussions will occur at the conference. Client or other persons with full settlement authority must be available by telephone.

       This amended scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing and submitted in accordance with the undersigned's Individual Rule 1(D).

       All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated:    Central Islip, New York             **SO ORDERED**:
            September __, 2006

                                                                ARLENE ROSARIO LINDSAY
                                                                 United States Magistrate Judge

G299615.1