**CIVIL CAUSE FOR**
**PRE-MOTION CONFERENCE**

**BEFORE: WEXLER, J.**　　　**DATE: JANUARY 16, 2007**　　　**TIME: 1:45 P.M.**

**DOCKET #:** **CV 05-5715**　　　　　　　　**TOTAL TIME: .15 MINUTES**

**TITLE:**　**THORNTON, ET AL**　**V.**　**NY ISLANDERS HOCKEY CLUB**

　　　**APPEARANCES:**

　　　　**Pltff**　　　**E. CHRISTOPHER MURRAY, ESQ**

　　　　**Deft -**　　**DANIEL A. RIZZI, ESQ**

**Case called.**

**Counsel present.**

**Conference held.**

**Deft's request to file motion for summary judgment is granted.**

**Parties have two weeks to settle and advise the Court. If, the matter is not**

**settled, defendant to move for summary judgment.**

**Parties to agree on briefing schedule and submit order.**

**Parties referred to Mag/Judge to set up discovery schedule/PTO.**

**Case is marked ready for June trial.**

**Conference concluded.**