151127

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT THORNTON, JULIA THORNTON,
and JACKIE COSTA,

       Plaintiffs,

         - against -

NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

           Defendant.
-------------------------------------------------------------X

**JOINT**
**PRETRIAL ORDER**

CV-05-5715 (LDW) (ARL)

WEXLER, District Judge:

    The parties having conferred among themselves and with the Court pursuant to

Rule 16 of the Federal Rules of Civil Procedure; now therefore, the following statements,

directions and agreements are adopted as the Joint Pretrial Order in this matter:

I.    **Caption**

    The full caption of the action is stated as:

        ROBERT THORNTON, JULIA THORNTON,
        and JACKIE COSTA,

                             Plaintiffs,       CV-05-5715
                                             (LDW) (ARL)

      - against -

        NEW YORK ISLANDERS HOCKEY CLUB, L.P.,

                  Defendant.

- 1 -

151127

## II.  Trial Counsel

1.  Trial counsel for Plaintiffs is:

**REISMAN, PEIREZ & REISMAN, L.L.P.**
E. Christopher Murray (CM-8980)
1305 Franklin Avenue
PO Box 119
Garden City, New York 11530
(516) 746-7799
(516) 742-4946 (fax)

2.  Trial counsel for Defendant is:

**NIXON PEABODY LLP**
Daniel A. Rizzi (DR-7153)
Tara Eyer Daub (TE-7943)
50 Jericho Quadrangle
Jericho, New York 11753-2728
(516) 832-7500
(516) 832-7555 (fax)

## III.  Statement Pertaining to Trial

1.  Plaintiffs' statement: This case is to be tried with a jury. Plaintiffs estimate that the presentation of their case will take three (3) days.

2.  Defendant's statement: Plaintiffs have demanded a jury trial. Defendant estimates that the cross-examination of Plaintiffs' witnesses and the presentation of its case will take four (4) days.

## IV.  List of Fact Witnesses

1.  Plaintiffs' Witnesses:

    a.  Robert Thornton (in person)

    b.  Julia Thornton (in person)

- 2 -

151127

    c.  Jackie Costa (in person)

    d.  Jessica Sousa Tuttle (in person)

    e.  Michael Picker (in person)

    f.  Peter Gerardi (in person)

    g.  Andrew S. Weber, M.D., F.C.C.P. (in person)

    h.  John E. Rooney, M.D., Ph.D. (in person)

    Plaintiff also respectfully reserves the right to call at trial witnesses not listed above for impeachment purposes.

2.  Defendant's Witnesses:

    a.  Theresa Dewar Doino (in person)

    b.  Lawrence Fitzpatrick (in person)

    c.  Jennifer Maksel (in person)

    d.  Daniel Marshall (in person)

    e.  Mary Molloy (in person)

    f.  Michael Picker (in person)

    g.  Jessica Sousa Tuttle (in person)

    h.  Heather Umen (in person)

    i.  Charles B. Wang (in person)

    j.  Dori White (in person)

151127

       Defendant also reserves the right to call any witnesses at trial listed by the Plaintiffs above.  In addition, Defendant reserves the right to call at trial witnesses not listed above for impeachment purposes.

**V.**    **Statement as to Expert Witnesses**

    1.    Plaintiffs' statement:  Plaintiffs do not intend to present any expert witness.

    2.    Defendant's statement:  Defendant does not intend to call any expert witnesses.

**VI.**    **List of Exhibits**

Plaintiffs:

    1.    May 24, 2004 letter from Robert Thornton to Michael Picker

    2.    May 25, 2004 letter from Julia Thornton to Michael Picker

    3.    September 18, 2004 letter from Jackie Costa to Jessica Sousa Tuttle

    4.    September 21, 2004 letter from Jessica Sousa Tuttle to Jackie Costa

    5.    Statement of Michael Picker dated August 16, 2004

    6.    Three-page undated statement of Jessica Sousa Tuttle

    7.    June 4, 2004 letter from Theresa Dewer to Julia Thornton

    8.    2004 joint tax return for Robert and Julia Thornton

    9.    Robert Thornton's commission statements from Avis Rent-A-Car

    10.    2005 joint tax return for Charles and Jacqueline Costa

    11.    Resume of Robert Thornton

    12.    E-mail from Robert Thornton to jsiegel@sporttimetsm.com dated February 8, 2005

151127

13. E-mail from NY Times Job Market to Robert Thornton dated April 26, 2005

14. Letter from Tom Donaldson to Robert Thornton dated December 17, 2004

15. Letter from Anne Lo Monaco to Applicant dated March 23, 2005

16. E-Mail from Jet Blue to Robert Thornton dated September 2, 2004

17. Letter from Robert Thornton to Bridge Business & Property Brokers dated February 1, 2005

18. E-mail from American Express to Robert Thornton dated January 3, 2005

19. E-mail from Marsha Haygood to Robert Thornton dated February 11, 2005

20. E-mail from Heidi Golledge to Robert Thornton dated January 20, 2006

21. Letter from Prime Time Motor Sports to Robert Thornton dated November 10, 2005

22. Letter from Entrypoint to Robert Thornton dated April 29, 2005

23. E-mail from Resume Upload to Robert Thornton dated May 16, 2005

24. Application for Jetblue Airways

25. E-mail from Robert Thornton to Ann Lominac with response

26. Budget Agency Operator Application

27. Examination Application and Certification for Julia Thornton

28. Resume of Jacqueline Costa

29. 5-page handwritten notes of Jacqueline Costa re job search

151127

30. Letter from Jacqueline Costa to Andre dated January 30, 2005

31. 5 handwritten pages of notes and copy of classified page with handwritten notes of Jacqueline Costa re: job search

Defendant:

1. May 24, 2004 letter from Robert Thornton to Michael Picker.

2. May 25, 2004 letter from Julia Thornton to Michael Picker.

3. June 4, 2004 letter from Theresa Dewer to Julia Thornton.

4. September 18, 2004 letter from Jackie Costa to Jessica Sousa Tuttle.

5. September 21, 2004 letter from Jessica Sousa Tuttle to Jackie Costa.

6. Three-page undated statement of Jessica Sousa Tuttle.

7. Sections of the New York Islanders Hockey Club, L.P., Non-Player Personnel Policies and Procedures Manual respecting Defendant's equal employment opportunity, non-discrimination, and internal complaint policies and procedures.

8. Acknowledgement forms signed by each Plaintiff in July 2001 and in July 2003 reflecting their receipt of Defendant's Non-Player Personnel Policies and Procedures Manual.

9. Documents reflecting each Plaintiff's salary history while employed by Defendant.

10. Statistical information regarding pertinent Iceworks employees, including their dates of hire and age.

151127

Dated:  January 19, 2007

REISMAN, PEIREZ & REISMAN, L.L.P.

By: _____
          E. Christopher Murray (CM-8980)
Attorneys for Plaintiffs
1305 Franklin Avenue
PO Box 119
Garden City, New York 11530
(516) 746-7799

NIXON PEABODY LLP

By: _____
          Tara Eyer Daub (TE-7943)
Attorneys for Defendant
50 Jericho Quadrangle
Jericho, New York 11753-2728
(516) 832-7500

SO ORDERED:

_____
Hon. Leonard D. Wexler
United States District Judge

- 7 -