UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT THORNTON, JULIA THORNTON,
and JACKIE COSTA,

|  |  |  |
|---|---|---|
| | Plaintiffs, | No. 05-CV-5715 |
| - against - | | (LDW) (ARL) |
| NEW YORK ISLANDERS HOCKEY CLUB, L.P., | | |
| | Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL
## OF PLAINTIFFS' CLAIMS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned,

counsel for Plaintiffs Robert Thornton, Julia Thornton, Jackie Costa and counsel for Defendant

New York Islanders Hockey Club, L.P., that all of Plaintiffs' claims in the Complaint in the

above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal

Rules of Civil Procedure. Each party shall bear his/her/its own costs and attorneys' fees.

Dated: April __, 2007

**REISMAN, PEIREZ & REISMAN, L.L.P.**          **NIXON PEABODY LLP**

By: _____               By: _____
E. Christopher Murray (CM-8980)            Daniel A. Rizzi (DR-7153)
1305 Franklin Avenue                       50 Jericho Quadrangle, Suite 300
PO Box 119                                 Jericho, New York 11753-2728
Garden City, New York 11530
*Attorneys for Plaintiff*                  *Attorneys for Defendant*
                                           *New York Islanders Hockey Club, L.P.*

**SO ORDERED:**

_____
Hon. Leonard D. Wexler
United States District Judge

G249348.1

Dockets.Justia.com