

50 Jericho Quadrangle
Suite 300
Jericho, New York 11753-2728
(516) 832-7500
Fax: (516) 832-7555
Direct Dial: (516) 832-7613
E-Mail: tdaub@nixonpeabody.com

May 7, 2007

**VIA ECF AND REGULAR MAIL**

Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4449

      RE: **Thornton et al. v. New York Islanders Hockey Club, LP**
            **05 CV 5715 (EDNY) (LDW) (ARL)**

Dear Judge Wexler:

     This firm represents Defendant New York Islanders Hockey Club, LP, with regard to the above-referenced matter. Enclosed please find a fully-executed Stipulation and Order of Dismissal of Plaintiffs' Claims With Prejudice. If the Stipulation and Order meets with your approval, please "so order" the stipulation.

     Thank you for your consideration. Should you have any questions or require any additional information, please do not hesitate to contact me.

                                    Respectfully submitted,

                                    /s/

                                  Tara Eyer Daub

Enclosure
cc:    E. Christopher Murray, Esq., Attorney for Plaintiff

10193893.1