UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT THORNTON, JULIA THORNTON, and JACKIE COSTA, | |
| Plaintiffs, | No. 05-CV-5715 |
| - against - | (LDW) (ARL) |
| NEW YORK ISLANDERS HOCKEY CLUB, L.P., | |
| Defendant. | |

### STIPULATION AND ORDER OF DISMISSAL
### OF PLAINTIFFS' CLAIMS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned,

counsel for Plaintiffs Robert Thornton, Julia Thornton, Jackie Costa and counsel for Defendant

New York Islanders Hockey Club, L.P., that all of Plaintiffs' claims in the Complaint in the

above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal

Rules of Civil Procedure. Each party shall bear his/her/its own costs and attorneys' fees.

Dated: April __ , 2007

**REISMAN, PEIREZ & REISMAN, L.L.P.**

By: _E. C_____

E. Christopher Murray (CM-8980)
1305 Franklin Avenue
PO Box 119
Garden City, New York 11530
*Attorneys for Plaintiff*

**SO ORDERED:**

Hon. Leonard D. Wexler
United States District Judge

CENTRAL ISLIP, NY
5/2/07

**NIXON PEABODY LLP**

By: _Daniel A. Rizzi_____

Daniel A. Rizzi (DR-7153)
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753-2728

*Attorneys for Defendant*
*New York Islanders Hockey Club, L.P.*

G249348.1